UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5  AM 6:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**HARMON FRANKLIN,**

      **Plaintiff,**

v.

**UNITED TRANSPORTATION, INC.**
**and TIMOTHY H. HOLT,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 02-1042-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on May 3, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ J. Daniel Breen_

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

5/4/05
Date

_/s/_
Clerk of Court

ROBERT R. DI TROLIO
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-6-05__

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 1:02-CV-01042 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Harmon Franklin
916 Bear Creek Road
Pinson, TN 38366

United Transportatio
UNITED TRANSPORTATION, INC.
5114 Mercer Rd.
P.O. Box 926
Brownsville, TN 38012

Honorable J. Breen
US DISTRICT COURT